■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE F. CARDWELL, Appellant. [919 NYS2d 347]—

Upon this Court's independent review of the record, we conclude that nonfrivolous issues exist concerning, inter alia, the validity of the defendant's waiver of his right to appeal, as well as the validity of the defendant's plea of guilty. Rivera, J.P., Florio, Dickerson, Hall and Roman, JJ., concur.